# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| M-RED INC., | § |
| *Plaintiff*, | § § § |
| v. | § § § Case No. 2:21-cv-00076-JRG-RSP |
| NINTENDO CO., LTD., | § § |
| *Defendant*. | § § § |

## ORDER

Before the Court is Plaintiff M-Red Inc.'s Notice of Voluntary Dismissal Without Prejudice (the "Notice"). (Dkt. No. 9.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Apr 9, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE